```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

CARLOS ACOSTA, et al.,          :
                                :
     Plaintiffs,                :
                                :
          v.                    :
                                :   C.A. No. 1:06CV00745(RCL)
THE ISLAMIC REPUBLIC            :
OF IRAN, et al.,                :
                                :
     Defendants                 :
```

**PLAINTIFFS' MOTION FOR**
**WAIVER OF REQUIREMENTS UNDER LOCAL CIVIL RULES 5.1(e) AND 11.1,**
<u>**AND FOR RELATED ADJUSTMENTS TO FILES AND RECORDS**</u>

Plaintiffs move that LCvRs 5.1(e) and 11.1 be waived insofar as they may require the "full residence address of the party" on the caption of the complaint of record, and for related adjustments to files and records. As to adjusting files and records, Plaintiffs specifically request: 1) removal of a previously filed version of the original Complaint, including Plaintiffs' addresses, from the electronic filing system; 2) placement of the hard copy of that version under seal; 3) replacement of that version in both the hard copy and electronic files by the substitute version of the original Complaint, excluding Plaintiffs' addresses, filed in connection with this motion.

In support of the motion, Plaintiffs state:

1. The previous version was filed in order to meet a statute of limitations deadline of April 24, 2006. Plaintiffs would have wished to submit a version excluding their addresses,

along with a motion equivalent to the present motion.  They did not know, however, whether their motion could be timely ruled upon, such that a version excluding address could be accepted as filed by the Clerk of the Court within the statute of limitations deadline.  Consequently, they instead submitted a version with addresses included, to ensure meeting the limitations deadline.  That version was accepted as filed.  Replacing it with the currently submitted version, excluding addresses, would reproduce what Plaintiffs would have sought to do more simply had the deadline not loomed.

    2.  Plaintiffs had waited until close to the filing deadline because they were not sure whether they would need to file the Complaint.  Their motion for reopening a previously-dismissed case, granting of which would have made the current Complaint unnecessary, was denied just days before the deadline.

    3.  This action is brought by several parties injured as a result of the extrajudicial killing by gunshot of Meir Kahane in New York City on November 5, 1990.  That killing was perpetrated by El Sayyid Nosair ("Nosair"), a key member of the terrorist organization, the Islamic Group, which aided and supported him in planning and executing that killing.  In fleeing the scene of that killing, Nosair shot and seriously wounded Plaintiffs Carlos Acosta and Irving Franklin.  Nosair and the Islamic Group received substantial material support and assistance from Defendants in perpetrating the killing of Meir Kahane and the

assaults by gunshot on Plaintiffs Carlos Acosta and Irving Franklin as part of terror campaigns designed to destroy and intimidate the State of Israel and its supporters.

4. As will be more fully developed in the course of this litigation, Plaintiffs have suffered severe emotional dislocation as a result of Meir Kahane's murder and the assaults by gunshot upon Carlos Acosta and Irving Franklin.

5. Moreover, Plaintiffs are fearful that publication of their addresses could subject them to attack from terrorist groups linked to Defendants.

6. Since 1979, terrorist attacks by groups linked to Defendants have killed more than 1,000 American citizens around the world.

7. A proposed Order is submitted with this motion.

WHEREFORE, Plaintiffs pray that their motion be granted and that the Court enter the Order submitted herewith.

Date: 5/18/06

Respectfully submitted,

_____/s/_____
Barry L. Leibowitz, Esquire
Bar No. 158949
LEIBOWITZ, BAND & JEZIC
2730 University Boulevard West
Suite 910
Wheaton, MD 20902
(301) 942-8378
Attorney for Plaintiffs

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CARLOS ACOSTA, et al.,           :
                                 :
      Plaintiffs,                :
                                 :
         v.                      :
                                 :   C.A. No. 1:06CV00745(RCL)
THE ISLAMIC REPUBLIC             :
OF IRAN, et al.,                 :
                                 :
      Defendants                 :
```

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR
WAIVER OF REQUIREMENTS UNDER LOCAL CIVIL RULES 5.1(e) AND 11.1,
AND FOR RELATED ADJUSTMENTS TO FILES AND RECORDS**

Plaintiffs' names may be protected from disclosure under LCvRs 5.1(e) and 11.1 where publication creates a risk of retaliatory harm.  Qualls, et al., v. Rumsfeld, et al., 228 F.R.D. 8, 10-11 (D.D.C. 2005).  This Court has permitted such protection from disclosure in a comparable case.  See Greenbaum, et al., v. Islamic Republic of Iran, et al., C.A. No. 02-2148(RCL), 11/5/02 ORDER.

Date: 5/18/06

                                              Respectfully submitted,

```
                            _____/s/_____
                            Barry L. Leibowitz, Esquire
                            Bar No. 158949
                            LEIBOWITZ, BAND & JEZIC
                            2730 University Boulevard West
                            Suite 910
                            Wheaton, MD 20902
                            (301) 942-8378

                            Attorney for Plaintiffs
```

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


CARLOS ACOSTA, et al.,         :
                               :
     Plaintiffs,               :
                               :
         v.                    :
                               :   C.A. No. 1:06CV00745(RCL)
THE ISLAMIC REPUBLIC           :
OF IRAN, et al.,               :
                               :
     Defendants                :
```

**ORDER**

Upon Plaintiffs' Motion For Waiver Of Requirements Under Local Civil Rules 5.1(e) And 11.1, And For Related Adjustments To Files And Records, and for good cause shown, it is this _____ day of _____, 2006:

ORDERED that LCvRs 5.1(e) and 11.1 be waived insofar as they require that the "full residence address of the party" appear in the caption of the complaint of record, and further,

ORDERED that the clerk accept the revised version of the Complaint, attached to Plaintiffs' Motion, excluding Plaintiffs' addresses, for filing as a substitute original, and further,

ORDERED that the clerk delete the previously-filed version of the original Complaint, including Plaintiffs' addresses, from the electronic filing system, and further,

ORDERED that the clerk place the hard copy of that previously-filed version under seal, and further,

ORDERED that Plaintiffs submit to the clerk a revised hard

copy version along with an electronic copy, and further,

ORDERED that the clerk replace the previously-filed version in both the hard copy and electronic files with the revised version, excluding Plaintiffs' addresses, filed in connection with Plaintiffs' Motion For Waiver Of Requirements Under Local Civil Rules 5.1(e) And 11.1, And For Related Adjustments To Files And Records.

SO ORDERED

_____
United States District Judge

Copies to:

Barry L. Leibowitz, Esquire
LEIBOWITZ, BAND & JEZIC
2730 University Boulevard West
Suite 910
Wheaton, MD 20902