UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS ACOSTA, et al.,                :
                                      :
     Plaintiffs,                      :
                                      :
          v.                          :
                                      :   C.A. No. 1:06CV00745 (RCL)
THE ISLAMIC REPUBLIC                  :
OF IRAN, et al.,                      :
                                      :
     Defendants                       :

FILED
MAY 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon Plaintiffs' Motion For Waiver Of Requirements Under Local Civil Rules 5.1(e) And 11.1, And For Related Adjustments To Files And Records, and for good cause shown, it is this 24th day of May, 2006:

ORDERED that LCvRs 5.1(e) and 11.1 be waived insofar as they require that the "full residence address of the party" appear in the caption of the complaint of record, and further,

ORDERED that the clerk accept the revised version of the Complaint, attached to Plaintiffs' Motion, excluding Plaintiffs' addresses, for filing as a substitute original, and further,

ORDERED that the clerk delete the previously-filed version of the original Complaint, including Plaintiffs' addresses, from the electronic filing system, and further,

ORDERED that the clerk place the hard copy of that previously-filed version under seal, and further,

ORDERED that Plaintiffs submit to the clerk a revised hard

copy version along with an electronic copy, and further,

ORDERED that the clerk replace the previously-filed version in both the hard copy and electronic files with the revised version, excluding Plaintiffs' addresses, filed in connection with Plaintiffs' Motion For Waiver Of Requirements Under Local Civil Rules 5.1(e) And 11.1, And For Related Adjustments To Files And Records.

SO ORDERED

_____
United States District Judge

Copies to:

Barry L. Leibowitz, Esquire
LEIBOWITZ, BAND & JEZIC
2730 University Boulevard West
Suite 910
Wheaton, MD 20902