CO 939
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CARLOS ACOSTA, et al.
_____
Plaintiff(s)

vs.                                    Civil Action No.: 06-745 _____

ISLAMIC REPUBLIC OF IRAN, et al.
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __6th__ day of _____June_____, 20 _06_,
I mailed:

1. ☐ One copy of the summons and complaint     by registered mail, return receipt requested     , to the
individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit     , together with a translation of each into the
official language of the foreign state, by DHL                                 , to the head of the
ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit     , together with a translation of each into
the official language of the foreign state, by certified mail, return receipt requested     , to the U.S.
Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services,
2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas
Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☒ One copy of the summons and complaint     , together with a translation of each into the official
language of the foreign state, by DHL                                 , to the agency or
instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

**788 3134 361**

7883134361

**ORIGIN** | **DESTINATION CODE**

---

**1** Payer account number and shipment value protection details

Charge to ☐ Shipper ☐ Receiver ☐ 3rd Party

Payer Account No. **253624949**

☐ Cash
☐ Check
☐ Credit Card

Not all payment options are available in all countries.

Shipment Value Protection (see reverse)

☐ Yes Declared Value for Carriage (in US $) _____

**2** From (Shipper)

Shipper's Account Number | Contact Name

Shipper's Reference (up to 35 characters)
**CLERK**

Company Name **U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Address **333 CONSTITUTION AVENUE N.W.**
**WASHINGTON, D.C. 20001**

Post/ZIP Code (required) **20001** | Phone, Fax, or E-mail (required)

**3** To (Receiver)

Company Name **IRANIAN MINISTRY OF INFORMATION AND SECURITY**

Contact Person

Delivery Address DHL Cannot Deliver to a PO Box
**PASDARAM AVENUE GOLESTAM, YEKOM TEHRAN**

Country **IRAN**

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

**4** Shipment Details

Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Pieces | Dimensions (in inches) Length x Width x Height

@  x  x
@  x  x
lbs  @  x  x

**5** Full Description of Contents

Give Content and Quantity

**DOCUMENTS 06-CV-745 (RCL)**

**6** Dutiable Shipments Only (Customs requirement)

Attach the original and four copies to a Proforma or Commercial invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)

AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other_____ Specify approved account number

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7** Shipper's Authorization (signature required)

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required) | Date / /

**8** Products & Services

Not all products or service options are available before all locations.

☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)

Service Options (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
☐ Other

Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard
☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT

lbs

SERVICES | CHARGES

Drop Box # | TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type | Expires
Auth.

PICKED UP BY

Route No.

Time | Date

DESTINATION CODE

746 5983 592

## Payer account number and shipment value protection details

Charge to ☐ Shipper ☐ Receiver ☑ 3rd Party

Payer Account No.

Shipment Value Protection (see reverse)

☐ Yes Declared Value for Carriage (in US $) _____

☐ Cash
☐ Check
☐ Credit Card

Not all payment options are available in all countries.

### 2 From (Shipper)

Shipper's Account Number          Contact Name

Shipper's Reference (up to 35 characters)

CLERK

Company Name  U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Address  333 CONSTITUTION AVE, N.W.
WASHINGTON, D.C.

Post/ZIP Code (required)   Phone, Fax, or E-mail (required)
20001                      202-354-3120

### 3 To (Receiver)

Company Name  THE ISLAMIC REPUBLIC OF
IRAN

Contact Person  MINISTRY OF FOREIGN
AFFAIRS

Delivery Address DHL Cannot Deliver to a PO Box
KHOMEINI AVENUE
UNITED NATIONS STREET
TEHRAN

Country  IRAN

Post/ZIP Code (required)   Phone, Fax, or E-mail (required)

### 1 Shipment Details

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Pieces | Dimensions (in inches) Length | Width | Height |
|---|---|---|---|---|---|
| | | @ | x | x | |
| | | @ | x | x | |
| | lbs | @ | x | x | |

### 5 Full Description of Contents

Give Content and Quantity

DOCUMENTS
06-CV-745 (RCL)

### 6 Dutiable Shipments Only (Customs requirement)

Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $)   Schedule B Number / Harmonized Code (if applicable)
(as on commercial/proforma invoice)

AES TRANSACTION NUMBER          TYPE OF EXPORT
☐ Permanent ☐ Repair/Return ☐ Temporary

Destination Duties/Taxes  If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other: _____
Specify approved account number

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

### 7 Shipper's Authorization (signature required)

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required)          Date   /   /

### 8 Products & Services

Not all products or service options are available in/from all locations.

☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other:

Service Options (extra charges may apply)
☐ Saturday Delivery      ☐ Special Pickup
☐ Delivery Notification  ☐ Signature Required
☐ Other:

Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard ☐ Other:

DIMENSIONAL/CHARGEABLE WEIGHT

lbs

| SERVICES | CHARGES |
|---|---|
| | |

Drop Box #   TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type            Expires
Auth.

PICKED UP BY

Route No.

Time            Date