**EXTREMELY URGENT** — DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY. DHL's liability shall not exceed US$100 for any shipment. See conditions of carriage on the [reverse]

## DHL EXPRESS — Shipment Air Waybill (Non negotiable)

Track this shipment via the DHL Web Site : http://www.dhl.com

**959 2335 443**

**1 Payer account number and insurance details**
Charge to: ☐ Shipper ☐ Receiver ☐ 3rd party
Payer Account No.
Shipment Insurance see reverse
☐ Not all payment options are available in all countries.
☐ Cash ☐ Cheque ☐ Credit Card

**2 From (Shipper)**
Shipper's reference (up to 32 characters but only first 12 will be shown on invoice):
RTO 7883131361
Company name: TCPC THR NCI DEPT
DHL INT'L
Address: #353 DR BEHSHTI AVE
Postcode/Zip Code: 15146
TEHRAN
Phone, Fax or E-mail: 88719190
Contact name:

**3 To (Receiver)**
Company name: U.S. DISTRICT COURT
Address: 333 CONSTITUTION AVE
WASHINGTON DC
Postcode/Zip Code: 20001
Country: USA
Contact person: CLERK
Phone: TJ

**4 Shipment details**
Total number of packages: 1
Total Weight: 0.5 kg

**5 Full description of contents**
Give content and quantity: RTO 7883131361    DOX

**6 Non-Document Shipments only (Customs Required)**
Shipper's  [TCB CHECKED stamp]

**TYPE OF EXPORT**
☐ Permanent ☐ Repair / Return ☐ Other
Declared Value

**7 Shipper's agreement (Signature required)**
Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions...
☐ Receiver ☐ Shipper
Signature: [signed]
Date:
PT1265 F18 ME MP

PRODUCT: ZYX
DESTINATION:
AWB: 9592335443
DCA SORT: DOX

ORIGIN: THR
DESTINATION CODE: DCA

**8 Services**
☐ Domestic ☐ Same Day ☐ Express 9 ☐ Express 12 ☐ Express ☐ Express 2nd Day
DHL Express International / Non-Document



# EXPRESS PACK - SMALL

**DHL INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

788 3134 361

**1 Payer account number and shipment value protection details**

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.: 25362 4949
Shipment Value Protection (see reverse)

☐ Cash ☐ Check ☐ Credit Card

**2 From (Shipper)**
Shipper's Reference: CLERK
Company Name: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Address: 333 CONSTITUTION AVENUE N.W. WASHINGTON, D.C. 20001
Post/ZIP Code: 20001

**3 To (Receiver)**
IRANIAN MINISTRY OF INFORMATION AND SECURITY
PASDARAN AVENUE
GOLESTAN YEKOM
TEHRAN
Country: IRAN

**4 Shipment Details**
Total number of packages: 

**5 Full Description of Contents**
DOCUMENTS 06-CV-745 (RCL)

**6 Dutiable Shipments Only**

**7 Shipper's Authorization (signature required)**

TAS
Processed

© 2004 All ... © 2002