06-745 (RCL)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: U.S. DEPT. OF STATE EDWARD BETANCOURT, DIRECTOR
Street, Apt. No.; or PO Box No.: 2100 PENNSYLVANIA AVE, NW 4TH FLOOR
City, State, ZIP+4: WASHINGTON, DC 20520

7002 0860 0000 7774 0206

PS Form 3800, April 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. DEPARTMENT OF STATE
EDWARD BETANCOURT, DIRECTOR
OFFICE OF POLICY REVIEW AND
INTERAGENCY LIAISON
OVERSEAS CITIZENS SERVICES
2100 PENNSYLVANIA AVE, NW
4TH FLOOR
WASHINGTON, DC 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*: Edward Betancourt
B. Date of Delivery: 2/5/07
C. Signature: X Edward Betancourt
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number *(Copy from service label)*
7002 0860 0000 7774 0206

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952