Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ACOSTA, et al.
_____

　　　　Plaintiff(s)

　　v.　　　　　　　　　　　　　　　　　　　Civil Action No. 06-745 (RCL)

ISLAMIC REPUBLIC OF IRAN, et al.
_____

　　　　Defendant(s)

RE: IRANIAN MINISTRY OF INFORMATION AND SECURITY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 22, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of October, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
　　　　Deputy Clerk