UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS ACOSTA, et. al. : | |
|     Plaintiffs, : | |
| v. : | Civil Action 1:06CV00745 |
| : | Judge Royce C. Lamberth |
| THE ISLAMIC REPUBLIC OF IRAN, : | |
|     et al. : | |
|     Defendants. : | |

**PLAINTIFFS' MOTION TO PROCEED ON PRIOR TESTIMONY
FROM ACOSTA, ET AL. V. ISLAMIC REPUBLIC OF IRAN, ET AL. 1:01-CV-02352**

COMES NOW, Plaintiffs, Carlos Acosta, et al., by and through counsel Barry L. Leibowitz of Leibowitz, Band & Jezic, LLC, and hereby moves the Court to enter an Order permitting Plaintiffs to proceed in the current case by submitting to the Court transcripts and videotapes of all prior testimony and exhibits introduced during the bench trial in Carlos Acosta, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:01-CV-02352-RCL.

While that case was pending, this Court completed a bench trial in which it heard both live testimony and deposition testimony and admitted into evidence various exhibits. Subsequent to the bench trial transcripts to all live testimony were obtained from the court stenographer. This motion seeks to have all transcripts and videotapes of the prior testimony and exhibits admitted as evidence in this instant matter and upon their introduction have the Court decide the matter without another live bench trial via a submission by the plaintiffs of proposed findings of fact and conclusion of law.

The following is stated in support of the motion:

1. This matter is a re-filing of the same claims that had previously been the subject matter of <u>Carlos Acosta, et al. v. Islamic Republic of Iran, et al.</u>, Civil Action No. 1:01-CV-02352-RCL.

2. The Plaintiffs, Defendants and the claims in this matter are identical to that in <u>Carlos Acosta, et al. v. Islamic Republic of Iran, et al.</u>, Civil Action No. 1:01-CV-02352-RCL.

3. By Order dated April 21, 2006, that case was dismissed without prejudice.

4. The same claims were re-filed in this instant case on April 24, 2006, as Civil Action No. 1:06-CV-00745-RCL.

5. This Court has found that live testimony establishing facts already found by the court in an earlier proceeding is not necessary where the witnesses and the issues remain identical. <u>Weinstein, et al. v. Islamic Republic of Iran et al.</u>, 175 F.Supp.2d 13 (4th Cir. 2001).

6. Plaintiffs have already obtained oral approval during the status conference held on October 10, 2007.

WHEREFORE, Plaintiffs pray that the Motion be granted and that an Order be entered permitting the Plaintiffs to proceed in the current case by submitting to the Court transcripts and videotapes of all prior testimony and exhibits introduced in the bench trial in <u>Carlos Acosta, et al. v. Islamic Republic of Iran, et al.</u>, Civil Action No. 1:01-CV-02352-RCL.

Date: _11/07/07_____

Respectfully submitted,
____/s/_____
Barry L. Leibowitz, Esquire
Bar No. 158949
Leibowitz, Band & Jezic, LLC
2730 University Boulevard West Suite 910
Wheaton, MD 20902

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS ACOSTA, et. al.          :
                                :
    Plaintiffs,                 :
                                :
    v.                          :    Civil Action 1:06CV00745
                                :    Judge Royce C. Lamberth
THE ISLAMIC REPUBLIC OF IRAN,   :
    et al.                      :
                                :
    Defendants.                 :

## ORDER

Upon the Motion of Plaintiffs, it is, by the Court, this _____ day of _____, 2007

      ORDERED, that the Plaintiffs be and hereby are permitted to proceed in the current case by submitting to the Court transcripts and videotapes of all prior testimony and exhibits introduced in the bench trial in <u>Carlos Acosta, et al. v. Islamic Republic of Iran, et al.</u>, Civil Action No. 1:01-CV-02352-RCL.

                                                                                    _____
                                                                                    United States District Judge

Copies to:

Barry L. Leibowitz, Esquire
LEIBOWITZ, BAND & JEZIC
2730 University Boulevard West
Suite 910
Wheaton, MD 20902