UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS ACOSTA, et. al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action 1:06CV00745 |
| : | Judge Royce C. Lamberth |
| THE ISLAMIC REPUBLIC OF IRAN, : | |
| et al. : | |
| : | |
| Defendants. : | |

## **ORDER**

Upon the Motion of Plaintiffs, it is, hereby

   ORDERED, that the Plaintiffs be and hereby are permitted to proceed in the current case by submitting to the Court transcripts and videotapes of all prior testimony and exhibits introduced in the bench trial in <u>Carlos Acosta, et al. v. Islamic Republic of Iran, et al.</u>, Civil Action No. 1:01-CV-02352-RCL.

   SO ORDERED.

   Signed by Royce C. Lamberth, United States District Judge, on November 8, 2007.

Copies to:

Barry L. Leibowitz, Esquire
LEIBOWITZ, BAND & JEZIC
2730 University Boulevard West
Suite 910
Wheaton, MD 20902