UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS ACOSTA, et. al. | : | |
| | : | |
|    Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action 1:06CV00745 |
| | : | Judge Royce C. Lamberth |
| THE ISLAMIC REPUBLIC OF IRAN, | : | |
|    et al. | : | |
| | : | |
|    Defendants. | : | |

## **PLAINTIFFS' EXHIBIT LIST**

COME NOW, the Plaintiffs, by and through their counsel, Barry L. Leibowitz of Leibowitz, Band & Jezic, LLC and hereto submits their exhibit list.

1. Deposition transcript of Richard J. Lurito, Ph. D.

2. Curriculum Vitae of Richard J. Lurito, Ph. D.

3. Dr. Lurito's Report on the Economic Loss of Meir Kahane

4. Letter from Joe Franklin to Andrew Rossilli explaining the earning potential for Meir Kahane

5. Letter from Rod Patterson to Art Leiberman explaining the earning potential for Meir Kahane

6. Photograph of Meir Kahane bleeding from gun shot before paramedics arrive

7. Photograph of El Sayyid Nosair bleeding on the street and of Carlos Acosta standing in postal uniform by the gun

8. Photograph of Irving Franklin being tended to by paramedics while wife, Irma Franklin, is comforted

9. Photograph of protestors and supporters of El Sayyid Nosair outside New York Courthouse

10. Photographs of onlookers and supporters of El Sayyid Nosair outside New York Courthouse

11. Excerpts from Irving Franklin's medical records during his November 5, 1990 to December 5, 1990 hospital stay

12. Excerpts from Franklin's medical records during his December 22, 1990 to January 6, 1991 hospital stay

13. Article in Postal Service Bulletin with Carlos Acosta on stretches

14. Letters directed to Carlos Acosta praising him for his actions

15. Copy of envelope and lawsuit El Sayyid Nosair sent to Carlos Acosta

16. Articles about the incident and Carlos Acosta in the press

17. Excerpts from Acosta's medical records during his May 23 to 27, 2002 hospital stay

18. List of books published by Meir Kahane

19. Video deposition of Norman Kahane

20. Video deposition of Baruch Kahane

21. Video deposition of Tova Ettinger

22. Video deposition of Cipporah Kaplan

23. Video deposition of Sonya Kahane

24. Deposition transcript of Norman Kahane

25. Deposition transcript of Baruch Kahane

26. Deposition transcript of Tova Ettinger

27. Deposition transcript of Cipporah Kaplan

28. Deposition transcript of Sonya Kahane

29. Family photograph of the Kahane family

30. Excerpts of Report by United States State Department *Patterns of Global Terrorism – 1990*

31. Ali Mohammed's October 20, 2000 guilty plea

32. Phone records of Ali Shaker

33. Excerpt, *Patterns of Global Terrorism – 1992*, United States State Department

34. Quote from June 27, 1993 WASHINGTON POST article

35. Statement issued by Egyptian Government

36. Excerpt from NEW YORK TIMES Article: *Iran Gives Aid To Rahman*

37. Statement by El Sayyid Nosair

38. Article by Andrew C. McCarthy with Sheik Rahman statement regarding the *Jihad*

39. Article by Andrew C. McCarthy with Sheik Rahman statement regarding *Sadat*

40. Bibliography

41. Trial transcript of Anderson v. Iran CA No. 99-698

42. Trial transcript of Rafii v. Iran CA No. 01-850 (CKK)

43. Trial transcript of Elahi v. Iran, November 9, 2000

44. Curriculum Vitae of W. Patrick Lang

45. Curriculum Vitae of Larry C. Johnson

46. Trial transcript of Acosta v. Iran CA No. 01-2352, March 31, 2003

47. Trial transcript of Acosta v. Iran CA No. 01-2352, April 1, 2003

December 17, 2007

        Respectfully Submitted,


        _____/s/_____

        Barry L. Leibowitz, Esquire
        Attorney for Plaintiffs
        2730 University Boulevard West, Suite 910
        Wheaton, MD 20902
        (301) 942-8378