UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS ACOSTA, et. al.                      :
                                            :
        Plaintiffs,                         :
                                            :
        v.                                  :        Civil Action 1:06CV00745
                                            :        Judge Royce C. Lamberth
THE ISLAMIC REPUBLIC OF IRAN,               :
        et al.                              :
                                            :
        Defendants.                         :

## NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

Exhibits One (1) through Forty Seven (47), which are an attachment to Plaintiffs' Exhibit

List, are in paper and non-electric form only and are being maintained in the case file in the

Clerk's Office.  These documents will be available for public viewing and copying between the

hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.


                        _____/s/_____
                        Barry L. Leibowitz, Esquire
                        Attorney for Plaintiffs
                        2730 University Boulevard West
                        Suite 910
                        Wheaton, MD 20902
                        (301) 942-8378


Date: December 18, 2007