UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS ACOSTA, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action 1:06CV00745 |
| | : | Judge Royce C. Lamberth |
| THE ISLAMIC REPUBLIC OF IRAN, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon the Motion of Plaintiffs, it is, by the Court, this 7th day of March, 2008

ORDERED, that the Plaintiffs be and hereby are permitted to file an amended complaint

in light of new changes in the law; it is further

ORDERED, that the Plaintiffs be and hereby are permitted to supplement the record with

additional testimony regarding the issue of punitive damages in accordance with additional

pleadings; it is further

ORDERED, that the Plaintiffs be and hereby are permitted to submit supplemental

Proposed Findings of Fact and Conclusions of Law regarding the issue of punitive damages; it is

further

ORDERED, that the Plaintiffs shall serve the Defendants with the amended complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on March 7, 2008.