UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS ACOSTA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ISLAMIC REPUBLIC OF IRAN, *et al.*, )<br>)<br>Defendants. )<br>) | C. A. No. 1:06cv00745<br>(RCL) |

## AFFIDAVIT REQUESTING FOREIGN MAILING

    I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the Amended Complaint and translations thereof, to:

Islamic Republic of Iran
Ministry of Foreign Affairs
Imam Khomeini Sq.
Tehran, Iran

Iranian Ministry of Information and Security
Pasdaran Avenue
Golestan Yekom
Tehran, Iran

by DHL, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

    I certify that this method of service is authorized by the domestic law of the Islamic Republic of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

May 28, 2008

                                                    /s/
Barry L. Leibowitz, Esquire
Bar No. 158949
Leibowitz & Band, LLC
2730 University Boulevard West, Suite 910
Wheaton, MD 20902
(301) 942-8378
Attorney for Plaintiffs

2