CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CARLOS ACOSTA, et al.
_____
Plaintiff(s)

vs.                                    Civil Action No.: __06-745 (RCL)__

ISLAMIC REPUBLIC OF IRAN, et al.
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __13th__ day of __June__, 20 __08__, I mailed:

1. ☐ One copy of the summons and complaint    by registered mail, return receipt requested   , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the AMENDED COMPLAINT, together with a translation of IT into the official language of the foreign state, by DHL      , to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit   , together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested   , to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint   , together with a translation of each into the official language of the foreign state, by DHL     , to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


NANCY MAYER-WHITTINGTON, CLERK

By: _____T. Gumiel_____
        Deputy Clerk