*Complete sections 1-8. You are making 4 copies, please press hard.*

**DHL EXPRESS**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

### 1 Payer account number and shipment value protection details

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. 8536 24949
Payment: ☐ Cash ☐ Check ☐ Credit Card
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
*Not all payment options are available in all countries.*

### 2 From (Shipper)

Shipper's Account Number: 8536 24949
Shipper's Reference (up to 35 characters): CLERK OF THE COURT
Company Name: US DISTRICT CT FOR THE DISTRICT OF COLUMBIA
Contact Name: _____
Address: C/O 2130 UNIVERSITY BLVD WEST
SUITE 910 WHEATON MD
Post/ZIP Code (required): 20902
Phone, Fax, or E-mail (required): 301 942 8318

### 3 To (Receiver)

Company Name: MINISTRY OF FOREIGN AFFAIRS
Contact Person: MANOUCHEHR MOTTAKI
Delivery Address (DHL Cannot Deliver to a PO Box):
IMAM KHOMEINI SQUARE
TEHRAN
Country: IRAN
Post/ZIP Code (required): 11491353
Phone, Fax, or E-mail (required): 98-21-6151

### 4 Shipment Details

Waybill: 788 3134 092

Total number of packages: ___
Total Weight: ___ lbs (If DHL Express Document packaging used, enter X0.)
Dimensions (in inches) Pieces Length × Width × Height
@ ___ × ___ × ___
@ ___ × ___ × ___
@ ___ × ___ × ___

### 5 Full Description of Contents

Give Content and Quantity
DOCUMENTS

### 6 Dutiable Shipments Only (Customs requirement)

*Attach the original and four copies of a Proforma or Commercial Invoice.*
Export License No./Symbol (if applicable): _____
Receiver's VAT/GST or Shipper's EIN/SSN: _____
Declared Value for Customs (in US $) (as on commercial/proforma invoice): _____
Schedule B Number / Harmonized Code (if applicable): _____
AES TRANSACTION NUMBER: _____
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes (if left blank, Receiver pays duties/taxes):
☐ Receiver ☒ Shipper ☐ Other: _____

### 7 Shipper's Authorization (signature required)

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request; for an extra charge, I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required): [signature]  Date: 6/13/08

### 8 Products & Services

☒ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other: _____

Service Options (extra charges may apply):
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Other: _____

Global Mail: ☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard

ORIGIN: _____   DESTINATION CODE: _____

DHL EXPRESS (USA), INC.
AB0015 EC (11/05)

*Complete sections 1-8. You are making 4 copies, please press hard.*

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**1 Payer account number and shipment value protection details**

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No.: 853624949   ☐ Cash  ☐ Check  ☐ Credit Card
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $): _____
Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number: 853624949
Shipper's Reference (up to 35 characters): CLERK OF THE COURT
Company Name: US DISTRICT CT FOR THE DISTRICT OF COLUMBIA
Contact Name: _____
Address: c/o 2130 UNIVERSITY BLVD WEST
SUITE 910 WHEATON, MD
Post/ZIP Code (required): 20902
Phone, Fax, or E-mail (required): 301-942-8318

**3 To (Receiver)**

Company Name: MINISTRY OF INFORMATION AND SECURITY
Contact Person: GHOLAM HOSSEIN MOHSENI - EZHEI
Delivery Address DHL Cannot Deliver to a PO Box:
PASDARAN AVE.
GOLESTAN YEKOM
TEHRAN
Post/ZIP Code (required): _____
Country: IRAN
Phone, Fax, or E-mail (required): 113

Waybill: 788 3134 081
788 3134 081

**4 Shipment Details**

Total number of packages: _____
Total Weight (If DHL Express Document packaging used, enter XD): _____ lbs
Dimensions (in inches) Pieces × Length × Width × Height

**5 Full Description of Contents**
Give Content and Quantity:
DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable): _____
Receiver's VAT/GST or Shipper's EIN/SSN: _____
Declared Value for Customs (in US $): _____
Schedule B Number / Harmonized Code (if applicable): _____
(as on commercial/proforma invoice)
AES TRANSACTION NUMBER: _____
TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary
Destination Duties/Taxes if left blank, Receiver pays duties/taxes.
☐ Receiver  ☒ Shipper  ☐ Other: _____

**7 Shipper's Authorization (signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we AGREE TO PAY all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required): [signed]    Date: 6/13/02

**8 Products & Services**
☒ Non-Dutiable International Document Express Envelope
☐ Dutiable (Worldwide Priority Express)
☐ Other
Service Options (extra charges may apply):
☐ Saturday Delivery  ☐ Special Pickup
☐ Delivery Notification  ☐ Signature Required
Global Mail: ☐ Int. Priority  ☐ Int. Standard  ☐ IPA  ☐ ISAL
☐ Dom. Priority  ☐ Dom. Standard
☐ Other

ORIGIN _____  DESTINATION CODE _____

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324
Original (DHL Billing Copy)
DHL EXPRESS (USA), INC.
AB0015 EC (11/05)