

06-745 (RCL)

Dear Customer,

Your shipment to [......THR........] is being returned to you, because it is considered unauthorized and/or violates Export Administration Regulations (EAR) and/or other Laws, Regulation and Orders of the United States and its Agencies and/or DHL Policy for export due to one or all of the following:

- ☐ Restricted Party
- ☐ Unacceptable commodity
- ☐ Unacceptable Origin
- ☐ Incomplete description of commodity
- ☐ DHL air waybill not completed in English
- ☒ Missing full contact name for shipper (first & last names are mandatory)
- ☐ Missing full contact name for receiver (first & last names are mandatory)
- ☐ Missing actual or complete address of receiver
- ☐ Missing actual or complete address of shipper (no P.O. Box addresses)
- ☐ Need address of actual shipper (not information of mail center)
- ☐ Airway bill not legible
- ☐ Other.................................................

Should you have any questions about your returned shipment, please call the Customer Relations Center at 1-800-225-5345.

Thank you for your business and we look forward to serving you in the future.

HAWB#  7883134 081

Initials  ST

06-16-08

1200 South Pine Island Road
Plantation, Florida 33324
www.us.dhl.com



06-745 (RCL)

Dear Customer,

Your shipment to [......THR........] is being returned to you, because it is considered unauthorized and/or violates Export Administration Regulations (EAR) and/or other Laws, Regulation and Orders of the United States and its Agencies and/or DHL Policy for export due to one or all of the following:

- ☐ Restricted Party
- ☐ Unacceptable commodity
- ☐ Unacceptable Origin
- ☐ Incomplete description of commodity
- ☐ DHL air waybill not completed in English
- ☒ Missing full contact name for shipper (first & last names are mandatory)
- ☐ Missing full contact name for receiver (first & last names are mandatory)
- ☐ Missing actual or complete address of receiver
- ☐ Missing actual or complete address of shipper (no P.O. Box addresses)
- ☐ Need address of actual shipper (not information of mail center)
- ☐ Airway bill not legible
- ☐ Other................................................

Should you have any questions about your returned shipment, please call the Customer Relations Center at 1-800-225-5345.

Thank you for your business and we look forward to serving you in the future.

HAWB# 788 3134 092

Initials  ST

06-16-08

1200 South Pine Island Road
Plantation, Florida 33324
www.us.dhl.com