CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CARLOS ACOSTA, et al.
_____
                    Plaintiff(s)

vs.                                              Civil Action No.: 06-745 (RCL)

ISLAMIC REPUBLIC OF IRAN, et al.
_____
                    Defendant(s)


## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __18th__ day of ____July____ , 20 _08_ ,
I mailed:

1. ☐  One copy of the summons and complaint    by registered mail, return receipt requested    , to the
individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒  One copy of the  AMENDED COMPLAINT  , together with a translation of IT into the
official language of the foreign state, by DHL                        , to the head of the
ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐  Two copies of the summons, complaint and notice of suit    , together with a translation of each into
the official language of the foreign state, by certified mail, return receipt requested    , to the U.S.
Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services,
2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas
Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐  One copy of the summons and complaint    , together with a translation of each into the official
language of the foreign state, by registered mail, return receipt requested    , to the agency or
instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


NANCY MAYER-WHITTINGTON, CLERK

By: _____
                Deputy Clerk