

DHL EXPRESS (USA), INC.

AB0015 EC (11/05)

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324    **Original (DHL Billing) Copy**

**788 3134 291**

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. 853624949
☐ Cash ☐ Check ☐ Credit Card
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____

**2 From (Shipper)**
Shipper's Account Number: 853624949
Contact Name: BARRY LEIBOWITZ
Shipper's Reference: CLERK OF THE COURT
Company Name: US DISTRICT CT FOR THE DISTRICT OF COLUMBIA
Address: c/o 2730 UNIVERSITY BLVD. WEST SUITE 910 WHEATON, MD
Post/ZIP Code: 20902
Phone: 301 942 8578

**3 To (Receiver)**
Company Name: MINISTRY OF INFORMATION AND SECURITY
Contact Person: GHOLAM HOSSEIN MOHSENI - EZHEI
Delivery Address: SECOND NEGARESTAN ST. PASDARAN AVE.
TEHRAN
Country: IRAN
Post/ZIP Code: 16646
Phone: 113

**4 Shipment Details**
7883134291
Total number of packages: —
Total Weight: — lbs
Dimensions (in inches): Length × Width × Height

**5 Full Description of Contents**
DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**
Declared Value for Customs (in US $): —
AES TRANSACTION NUMBER: —
Destination Duties/Taxes: ☒ Shipper ☐ Receiver ☐ Other
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

**7 Shipper's Authorization (signature required)**
Signature: —
Date: —

**8 Products & Services**
☒ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
Service Options: ☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Global Mail: ☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard