type

06-745 (RCL)



# Track results detail

▶ Print this page

## Tracking results detail for 7883134280

**Tracking summary**

Current Status         ← Returned to shipper.

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/27/2008 | 1:01 pm | Returned to shipper. | Tehran, Iran (islamic Republic Of) |
| 7/26/2008 | 12:07 pm | Recipient refused delivery. | Tehran, Iran (islamic Republic Of) |
| 7/25/2008 | 12:49 pm | Arrived at DHL facility. | Tehran, Iran (islamic Republic Of) |
| | 12:05 pm | Depart Facility | Tehran, Iran (islamic Republic Of) |
| | 11:38 am | Transit through DHL facility | Tehran, Iran (islamic Republic Of) |
| 7/24/2008 | 6:41 pm | Depart Facility | Frankfurt, Germany |
| | 6:29 am | Transit through DHL facility | Frankfurt, Germany |
| | 4:18 am | Depart Facility | Leipzig, Germany |
| 7/22/2008 | 10:18 pm | Transit through DHL facility | London-heathrow, United Kingdom |
| | 7:47 pm | Depart Facility | East Midlands, United Kingdom |
| | 7:20 am | Depart Facility | Wilmington, OH |
| | 4:01 am | Processed at DHL Location. | Wilmington, OH |
| | 1:57 am | Clearance processing complete | Wilmington, OH |
| 7/19/2008 | 4:39 am | Clearance Delay | Wilmington, OH |
| | 12:44 am | In transit. | Wilmington, OH |
| | 12:44 am | Processed at DHL Location. | Wilmington, OH |
| 7/18/2008 | 9:51 pm | Depart Facility | Washington - Ronald Reagan National, DC |
| | 7:56 pm | Processed at DHL Location. | Washington - Ronald Reagan National, DC |
| | 7:28 pm | Departing origin. | Washington - Ronald Reagan National, DC |
| | 2:03 pm | Shipment picked up | Washington - Ronald Reagan National, DC |

Ship From:
Washington - Ronald Reagan National, DC
United States

Ship To:
Tehran, Iran (islamic Republic Of)

Shipment Information:
Ship date: 7/18/2008
Pieces: 1
Total weight: 1 lb *
Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

Tracking detail provided by DHL: 7/28/2008, 12:10:39 pm pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.