UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLOS ACOSTA,** *et al.,* ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **ISLAMIC REPUBLIC OF IRAN,** *et al.,* ) <br> ) <br> **Defendants.** ) <br> ) | C. A. No. 1:06cv00745 <br> (RCL) |

## CERTIFICATE OF SERVICE OF PROCESS

I, Barry L. Leibowitz, 2730 University Boulevard West, Suite 910, Wheaton, Maryland, 20902, swear and affirm the following:

1) That I am an adult over 18 years of age;

2) That I am counsel of record for the Plaintiffs in the above captioned action;

3) That on July 15, 2008, I caused to be mailed to the Defendant, the Iranian Ministry of Information and Security (hereinafter MOIS), by delivery upon Gholam Hossein Mohseni-Ezhei, Minister of Information and Security, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran, the following documents: two (2) copies of the Amended Complaint with translations into Farsi;

4) That I received the attached confirmation of service of the above documents on July 28, 2008, from DHL Worldwide Mail Service;

5) That based on the confirmation provided by DHL, the above documents were served on Defendant MOIS on July 26, 2008.

I declare in accordance with United States District Court for the District of Columbia Local Civil Rule 11.2, under penalty of perjury, that I have read the above certificate of service carefully and that the facts set forth therein are true and correct to the best of my knowledge, information and belief.

August 4, 2008                                                       ___/s/ Barry L. Leibowitz___
                                                                     Barry L. Leibowitz
                                                                     Bar No. 158949
                                                                     Leibowitz & Band, LLC
                                                                     2730 University Boulevard West,
                                                                     Suite 910
                                                                     Wheaton, MD 20902
                                                                     (301) 942-8378
                                                                     Attorney for Plaintiffs