# DHL International Waybill

**Waybill No:** 788 3134 291

**DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324**
Original (DHL Billing) Copy

## 1. Payer account number and shipment value protection details
- Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
- Payer Account No.: 853624949
- Shipment Value Protection: ☐ Yes Declared Value for Carriage (in US $) _____

## 2. From (Shipper)
- Shipper's Account Number: 853624949
- Contact Name: BARRY LEIBOWITZ
- Shipper's Reference: CLERK OF THE COURT
- Company Name: US DISTRICT CT FOR THE DISTRICT OF COLUMBIA
- Address: c/o 2730 UNIVERSITY BLVD. WEST, SUITE 910, WHEATON, MD
- Post/ZIP Code: 20902
- Phone: 301 942 8378

## 3. To (Receiver)
- Company Name: MINISTRY OF INFORMATION AND SECURITY
- Contact Person: GHOLAM HOSSEIN MOHSENI - EZHEI
- Delivery Address: SECOND NEGARESTAN ST., PASDARAN AVE.
- TEHRAN
- Country: IRAN
- Post/ZIP Code: 16646
- Phone: 113

## 4. Shipment Details
- Total number of packages: (blank)
- Total Weight: (blank) lbs

## 5. Full Description of Contents
DOCUMENTS

## 6. Dutiable Shipments Only
(blank)

## 7. Shipper's Authorization (signature required)
Signature: (signed)
Shipper checked

## 8. Products & Services
☒ International Express