UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CARLOS ACOSTA,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 1:06cv00745 |
| ) | (RCL) |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.,* ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF CERTIFICATE OF SERVICE OF AMENDED COMPLAINT

Please take notice that on July 26, 2008, two (2) copies of the Amended Complaint with translations into Farsi were served on Defendant Iranian Ministry of Information and Security (MOIS), by delivery upon Gholam Hossein Mohseni-Ezhei, Minister of Information and Security, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran through DHL.

Confirmation of delivery by DHL is attached to the notice herein as proof of service.

Respectfully Submitted,

August 6, 2008

___/s/ Barry L. Leibowitz____
Barry L. Leibowitz
Bar No. 158949
Leibowitz & Band, LLC
2730 University Boulevard West,
Suite 910
Wheaton, MD 20902
(301) 942-8378
Attorney for Plaintiffs