DHL EXPRESS (USA), INC.

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324 — Original (DHL Billing) Copy

**INTERNATIONAL SHIPMENT WAYBILL** (Nonnegotiable)

788 3134 291

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.: 853624949
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____

**2 From (Shipper)**
Shipper's Account Number: 853624949
Contact Name: BARRY LEIBOWITZ
Shipper's Reference (up to 35 characters): CLERK OF THE COURT
Company Name: US DISTRICT CT FOR THE DISTRICT OF COLUMBIA
Address: c/o 2130 UNIVERSITY BLVD. WEST
SUITE 910  WHEATON, MD
Post/ZIP Code: 20902
Phone, Fax, or E-mail: 301 942 8378

**3 To (Receiver)**
Company Name: MINISTRY OF INFORMATION AND SECURITY (VEVAK)
Contact Person: GHOLAM HOSSEIN MOHSENI - EZHEI
Delivery Address: SECOND NEGARESTAN ST.
PASDARAN AVE.
TEHRAN
Country: IRAN
Post/ZIP Code: 16646
Phone: 113

**4 Shipment Details**
Total number of packages: 
Total Weight: ____ lbs

**5 Full Description of Contents**
Give Content and Quantity: DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**
Declared Value for Customs (in US $): 
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes: ☒ Shipper ☐ Receiver ☐ Other

**7 Shipper's Authorization (signature required)**

**8 Products & Services**
☒ International Express
Service Options...

DIMENSIONAL/CHARGEABLE WEIGHT ____ lbs