DHL: Track details                                                                                   Page 1 of 1



## Track results detail

▶ Print this page

### Tracking results detail for 7883134291

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 7/26/2008  4:18 pm |
| Delivered to | |
| Signed for by | IMANI |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/26/2008 | 4:18 pm | Shipment delivered. | Tehran, Iran (islamic Republic Of) |
| | 9:20 am | With delivery courier. | Tehran, Iran (islamic Republic Of) |
| 7/25/2008 | 12:51 pm | Arrived at DHL facility. | Tehran, Iran (islamic Republic Of) |
| 7/24/2008 | 2:01 am | Transit through DHL facility | Leipzig, Germany |
| 7/23/2008 | 10:49 pm | Depart Facility | London-heathrow, United Kingdom |
| 7/22/2008 | 10:18 pm | Transit through DHL facility | London-heathrow, United Kingdom |
| | 7:47 pm | Depart Facility | East Midlands, United Kingdom |
| | 7:20 am | Depart Facility | Wilmington, OH |
| | 4:01 am | Processed at DHL Location. | Wilmington, OH |
| | 1:57 am | Clearance processing complete | Wilmington, OH |
| 7/19/2008 | 4:39 am | Clearance Delay | Wilmington, OH |
| | 12:48 am | In transit. | Wilmington, OH |
| | 12:48 am | Processed at DHL Location. | Wilmington, OH |
| 7/18/2008 | 9:51 pm | Depart Facility | Washington - Ronald Reagan National, DC |
| | 7:56 pm | Processed at DHL Location. | Washington - Ronald Reagan National, DC |
| | 7:28 pm | Departing origin. | Washington - Ronald Reagan National, DC |
| | 2:03 pm | Shipment picked up | Washington - Ronald Reagan National, DC |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| Washington - Ronald Reagan National, DC United States | Tehran, Iran (islamic Republic Of) | Ship date: 7/18/2008 Pieces: 1 Total weight: 1 lb * Ship Type: Shipment Reference: Service: Special Service: Description: |

Tracking detail provided by DHL: 7/28/2008, 12:11:34 pm pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.