**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **CARLOS ACOSTA**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 06-745 (RCL)** |
| **THE ISLAMIC REPUBLIC** | ) | |
| **OF IRAN**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

_____

**ORDER AND JUDGMENT**

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that Default Judgment be entered in favor of plaintiffs and against

defendants, jointly and severally, in the amount of $50,172,000, of which, $4,107,000 shall be

allocated to Carlos Acosta; $3,000,000 shall be allocated to Maria Acosta; $4,065,000 shall be

allocated to Irving Franklin; $3,500,000 shall be allocated to the Estate of Irma Franklin;

$8,000,000 shall be allocated to Libby Kahane; $5,000,000 shall be allocated to the Estate of

Sonya Kahane; $5,000,000 shall be allocated to Cipporah Kaplan, Tova Ettinger, Baruch

Kahane, and Ethel Griffin as Administrator of Binyamin Kahane's estate, each; and $2,500,000

shall be allocated to Rabbi Norman Kahane. It is further

ORDERED that Default Judgment be, and hereby is, entered in favor of plaintiffs and

against defendants Iran and MOIS, jointly and severally, in the amount of $300,000,000.00.  It is

further

ORDERED that if any recovery is made, compensatory damages should be apportioned

upon receipt.  After compensatory damages are satisfied, any subsequent recovery of punitive

damages should be apportioned to plaintiffs according to the percentage of compensatory

damages <u>awarded</u> to each plaintiff.  It is further

ORDERED that the claims brought by Libby Kahane as personal representative of the

Estate of Rabbi Meir Kahane are hereby DISMISSED WITH PREJUDICE.  It is further

ORDERED that plaintiffs, at their own cost and consistent with the requirements of 28

U.S.C. § 1608(e), send a copy of this Judgment and the Findings of Fact and Conclusions of Law

issued this date to defendants. It is further

ORDERED that this case be terminated from the active dockets of this Court.


SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, August 26, 2008.